IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MARY BALLENGER | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-1118 |
| DIRECTOR, TDCJ-CID | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Mary Ballenger, proceeding *pro se* and *in forma pauperis*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [Dkt. 1].

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends dismissing the petition for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) [Dkt. 4].

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is ADOPTED. The petition for the writ of habeas corpus under 28 U.S.C. § 2241 [Dkt. 1] is DISMISSED without prejudice. A final judgment will be entered in accordance with the recommendations of the magistrate judge.

**SIGNED this 2nd day of November, 2026.**

Michael J. Truncale
United States District Judge